JOHN NAPOLITANO
MORRIS COUNTY COUNSEL
R. Scott Fahrney, Esq.,
Special Counsel
NJ Bar ID No.: 017182008
DeCotiis, FitzPatrick, Cole & Giblin, LLP
90 East Halsey Road, Suite 385
Parsippany, New Jersey 07054
Ph.: 973-585-6254
sfahrney@decotiislaw.com
Attorneys for Defendants County of Morris;
Morris County Sheriff's Office, Bureau of Corrections

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WC6 DOE,<br><br>                    Plaintiff<br><br>vs.<br><br>THE COUNTY OF MORRIS; MORRIS COUNTY SHERIFF'S OFFICE, BUREAU OF CORRECTIONS; EDWARD ROCHFORD, individually and in his official capacity as Sheriff of the Morris County Sheriff's Office; FRANK CORRENTE, individually and in his official capacity as Undersheriff of the Morris County Sheriff's Office; and JOHN DOES #1-10<br>                    Defendants. | **CIVIL ACTION**<br>**No.: 2:21-CV-20607 (JMV-JSA)**<br><br><br>**APPLICATION FOR CLERK'S EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY**<br><br>**[Local Civil Rule 6.1(b)]** |

Application is hereby made for a Clerk's Order extending time within which defendants, THE COUNTY OF MORRIS; MORRIS COUNTY SHERIFF'S OFFICE, BUREAU OF CORRECTIONS, (hereinafter referred to as the "County Defendants") may answer, move, or otherwise reply to the Complaint filed by plaintiff herein and it is represented that:

1. The Plaintiff WC6 Doe, initially brought this action against the Defendants by filing a Complaint in the New Jersey Superior Court, Law Division on or about November 18, 2021.

2. The Summons and Complaint was served on the County Defendants on or about November 23, 2021.

3. This matter was removed to the United States District Court for the District of New Jersey by the County Defendants, on behalf of all Defendants, on December 20, 2021;

4. Notice of Removal was granted on December 20, 2021;

5. The time to Answer, Move or otherwise Reply expires on December 27, 2021;

6. No previous extension of time has been granted for the County Defendants.

John Napolitano
Morris County Counsel

By:_____
R. Scott Fahrney, Esq.,
Special Morris County Counsel
Attorneys for Defendants County of Morris;
Morris County Sheriff's Office, Bureau of Corrections

## **ORDER**

The above application is ORDERED GRANTED extended to _____.

ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By: _____
Deputy Clerk

Dated: _____