JOHN NAPOLITANO
MORRIS COUNTY COUNSEL
R. Scott Fahrney, Esq.,
Special Counsel
NJ Bar ID No.: 017182008
DeCotiis, FitzPatrick, Cole & Giblin, LLP
90 East Halsey Road, Suite 385
Parsippany, New Jersey 07054
Ph.: 973-585-6254
sfahrney@decotiislaw.com
Attorneys for Defendants County of Morris;
Morris County Sheriff's Office, Bureau of Corrections

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WC6 DOE,<br><br>　　　　　　Plaintiff<br><br>vs.<br><br>THE COUNTY OF MORRIS; MORRIS COUNTY SHERIFF'S OFFICE, BUREAU OF CORRECTIONS; EDWARD ROCHFORD, individually and in his official capacity as Sheriff of the Morris County Sheriff's Office; FRANK CORRENTE, individually and in his official capacity as Undersheriff of the Morris County Sheriff's Office; and JOHN DOES #1-10<br>　　　　　　Defendants. | **CIVIL ACTION**<br><br>**Docket No.: 2:21-CV-20607 (JMV-JSA)**<br><br>**ORDER GRANTING ENLARGEMENT OF TIME TO FILE AN ANSWER OR RESPONSIVE PLEADING**<br><br>**[Local Civil Rule 6.1(b)]** |

Upon consideration of the Joint Motion by Defendants THE COUNTY OF MORRIS; MORRIS COUNTY SHERIFF'S OFFICE, BUREAU OF CORRECTIONS; EDWARD ROCHFORD, individually and in his official capacity as Sheriff of the Morris County Sheriff's Office; FRANK CORRENTE, individually and in his official capacity as Undersheriff of the Morris County Sheriff's Office, the Motion for Enlargement of Time to file a response to Plaintiffs' Complaint, it is hereby GRANTED;

It is hereby ORDERED that an Answer or Responsive Pleading to the Plaintiff's Complaint by the Defendants shall be filed on or before February 9, 2022.

IT IS FURTHER ORDERED, that a copy of this Order shall be served upon all parties within seven (7) days of the date of entry, if it is not served via ECF.

SO ORDERED.

Date: January 10, 2022              s/Jessica S. Allen  
                                                              The Honorable Jessica S. Allen  
                                                              United States Magistrate Judge