John Napolitano
Morris County Counsel
**DeCotiis, FitzPatrick, Cole & Giblin, LLP**
Special Morris County Counsel
R. Scott Fahrney, Esq. Bar Id.: 017182008
90 East Halsey Road, Suite 385
Parsippany, New Jersey 07054
973-585-6254
Attorneys for Defendants, The County of Morris, Morris County Sheriff's Office, and Bureau of Corrections

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WC6 DOE,<br><br>              Plaintiff<br><br>vs.<br><br>THE COUNTY OF MORRIS; MORRIS COUNTY SHERIFF'S OFFICE, BUREAU OF CORRECTIONS; EDWARD ROCHFORD, individually and in his official capacity as Sheriff of the Morris County Sheriff's Office; FRANK CORRENTE, individually and in his official capacity as Undersheriff of the Morris County Sheriff's Office; and JOHN DOES #1-10<br>              Defendants. | CIVIL ACTION<br><br>No.: 2:21-cv-20607-JMV-JSA<br><br><br><br>NOTICE OF MOTION TO DISMISS PURSUANT TO Fed. R. Civ. P. 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY:

    Martin Luther King Building
    & U.S. Courthouse
    50 Walnut Street
    Newark, NJ 07102

    **ON NOTICE TO:**

| | |
|---|---|
| David M. Cedar, Esq.<br>Gerald Williams, Esq.<br>Shauna L. Friedman, Esq.<br>WILLIAMS CEDAR, LLC<br>8 Kings Highway West, Suite B<br>Haddonfield, New Jersey 08033<br>*Attorneys for Plaintiff* | John M. Barbarula, Esq.<br>Barbarula Law Offices<br>23 Professional Building<br>1242 Route 23 North<br>Butler, NJ 07405<br>*Attorneys for Edward Rochford* |

William G. Johnson, Esq.
Johnson & Johnson
89 Headquarters Plaza
Suite 1425
Morristown, NJ 07960
*Attorneys for Frank Corrente*

**PLEASE TAKE NOTICE** that on March 7, 2022, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned, attorney for Defendants, The County of Morris, Morris County Sheriff's Office, and Bureau of Corrections, shall apply by way of Motion before the United States District Court for the District of New Jersey for an Order dismissing Plaintiff's Complaint with prejudice against Defendants, The County of Morris, Morris County Sheriff's Office, and Bureau of Corrections.

**PLEASE TAKE FURTHER NOTICE** that Defendant will rely upon the Brief and of R. Scott Fahrney, Esq., submitted in support of this Motion.

**PLEASE TAKE FURTHER NOTICE** that Defendant requests oral argument if timely opposition to this Motion is filed.

A proposed form of Order is annexed hereto.

                                            John Napolitano
                                            Morris County Counsel

By: _____
       R. Scott Fahrney, Esq.,
       DeCotiis, FitzPatrick, Cole & Giblin, LLP
       Special Morris County Counsel
       Attorneys for Defendants County of Morris;
       Morris County Sheriff's Office, Bureau of Corrections