

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 2/17/2022

February 10, 2022

Samuel Abloeser†
Arthur L. Bugay‡†
David M. Cedar‡†*
Beth G. Cole†
Shauna Friedman‡†◊
Ari Goldberger‡†
Kevin Haverly‡†*
Christopher Markos‡†
Alan H. Sklarsky†
Gerald J. Williams‡†◊

‡Member, Pennsylvania Bar
†Member, New Jersey Bar
◊Member, New York Bar

Honorable John Michael Vazquez
United States District Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
501 Walnut Street, Room 4015
Courtroom PO 03
Newark, NJ 07101

    *Re:*    **WC6 Doe v. County of Morris, et al.**
            Case No.: 2:21-cv-20607

Your Honor:

    I represent Plaintiff in the above-captioned matter. Defendants in this matter filed motions to dismiss Plaintiff's complaint on February 9th with a return date of March 7th [ECF Doc 7, 8 & 9]. Pursuant to Local Rule 7.1(d)(2), Plaintiff's opposition is due February 22nd.

    Kindly accept this letter as Plaintiff's request for an automatic extension of time to answer pursuant to Local Rule 7.1(d)(5). The originally noticed motion day has not been previously extended or adjourned. Therefore, Plaintiff respectfully invokes the provisions of Local Rule 7.1(d)(5) for this extension of time to file an opposition. Should this request be granted, the new return date will be March 21st with a deadline to file an opposition by March 7th.

    If Your Honor has any questions or concerns, please do not hesitate to contact me.

                                                             Respectfully Submitted,

                                                             Shauna L. Friedman, Esquire

cc:    All counsel of record



*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

○ One South Broad Street, Suite 1510
   Philadelphia, PA 19107
   215.557.0099

www.williamscedar.com

○ 8 Kings Highway West, Suite B
   Haddonfield, NJ 08033
   856.470.9777