------- LAW OFFICES -------

# DECOTIIS
DeCotiis, FitzPatrick, Cole & Giblin, LLP

61 SOUTH PARAMUS ROAD, SUITE 250
PARAMUS, NEW JERSEY 07652

PARSIPPANY OFFICE:
90 E. HALSEY RD., SUITE 385
PARSIPPANY-TROY HILLS, NJ 07054

R. SCOTT FAHRNEY, ESQ.
SFAHRNEY@DECOTIISLAW.COM
201.347.2146
REPLY TO: PARSIPPANY OFFICE

TELEPHONE: (201) 928-1100
TELEFAX:     (201) 928-0588
WWW.DECOTIISLAW.COM

March 9, 2022

**Via ECF**
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re: **WC6 Doe v. Morris County, et al**
          Docket No.: 2:21-cv-20607-JMV-JSA

Dear Sir or Madam:

    Pursuant to Local Rule 7.1 (D) (5), all Defendants in the above matter respectfully request a fourteen (14) day adjournment of the Defendants motion to dismiss Plaintiff's complaint, so that the Defendants have appropriate time to reply to the plaintiff's opposition filed on March 4, 2022. Please note that this request pursuant to Local Rule 7.1 (D) (5) is being made on behalf of all Defendants, relating to Documents 7, 8, 9.

    The above motion has not been adjourned or previous extended by the Defendants, and no previous extension under local rule 7.1 has been requested by the Defendants. The Motion date for Defendants' motions are currently scheduled for March 21, 2022.

    The new motion day shall be April 4, 2022. Defendants shall file their reply papers on or before March 28, 2022.

    I thank you for your time and attention to this matter. Should you have any questions or concerns regarding the above, please do not hesitate to contact our office.

Very truly yours,

R. Scott Fahrney, Esq.,

MJS/tad
cc:    All Counsel of Record, via ECF
       John Inglesino, Esq./Justin Marchetta, Esq.,
       Peter Gordon
       Evan Hoebich

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 3/14/2022