# UNITED STATES DISTRICT COURT
## for the District of New Jersey [LIVE]
### Newark, NJ

WC6 Doe

                Plaintiff,

v.                             Case No.: 2:21−cv−20607−JMV−JSA

MORRIS COUNTY, et al.

                Defendant.


Clerk, Superior Court of New Jersey
Morris County Courthouse
Washington & Court Streets
Morristown, NJ 07963−0910

State No: MRS−L−02435−21

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                              Very truly yours,

                              William T. Walsh, Clerk
                              By Deputy Clerk, ld

encl.
cc: All Counsel